RECEIVED

APR 3 0 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
Eastern _____ **DIVISION**

)
)
)
Plaintiff(s),                               )
Annie R. Irving                             )
v.                                          )        Case No. _____
                                            )        (to be assigned by Clerk of District Court)
Deinbergs /~~Cafeterias~~                   )
                                            )
                                            )        **JURY TRIAL DEMANDED**
                                            )
                                            )        YES ☒   NO ☐
Defendant(s).  (Enter above the full name(s) )
of all defendants in this lawsuit. Please   )
attach additional sheets if necessary.)     )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):

✓    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

✓    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✓ Other (Describe) Americans with Disabilities Act of 1990 is esp. the main focus of this case. This must be addressed.

## PARTIES

2.    Plaintiff's name: Annie R. Irving

Plaintiff's address: 6314 Derby Ave. 63133

Street address or P.O. Box

St. Louis, Mo. 63133

City/ County/ State/Zip Code

314-629-0157

Area code and telephone number

3.    Defendant's name: Deirbergs/Greg Deirbergs

Defendant's address: 11481 Olive St. Rd.

Street address or P.O. Box

Creve Coeur, Mo. 63141

City/County/State/ Zip Code

314-432-6561

Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

*N/A*

_____
(Street Address)                (City/County)                (State)    (Zip Code)

5.    When did the discrimination occur?  Please give the date or time period:

*12/11/19 – up until I got fired. (11-20-19 – 09-10-2020)*

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights? *(EEOC)*

&#9747; Yes    Date filed: *09-03-20*

☐ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

&#9747; Yes    Date filed: *09-03-20*

☐ No

8.    Have you received a Notice of Right-to-Sue Letter?

&#9747; Yes                ☐ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

&#9747; fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

__X__ termination of my employment

_____ failure to promote me

__X__ failure to accommodate my disability

__X__ terms and conditions of my employment differ from those of similar employees

__X__ retaliation

__X__ harassment

__X__ other conduct (specify): Discrimation (Race/Age/National Origin)

Did you complain about this same conduct in your charge of discrimination?

__X__ Yes                    ___ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

X    race

___    religion

X    national origin

X    color

___    gender

X    disability

X    age (birth year is:    1959    )

___    other:

Did you state the same reason(s) in your charge of discrimination?

☐ Yes                    X No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

1. I am suing because of retaliation, discrimination, harassment, defamation of Charater, Slander, libel, malice, not accomodate for my disability.

2. My dianogsis is Bilateral Carpal Tunnel Syndrome & Rotator Cuff Tear in left shoulder

3. I was told by my doctor(s) that I was suppose to be on light duty.

4. Deirbergs never honor my doctor(s) or I wishes, Never honor any doctor statement

(Continue to page 6, if additional space is needed.)

5

(Attach additional sheets as necessary).

6

13.    The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☒ may still be being committed by the defendant. *The employer is stopping my worker's compensation. They also terminated me because of my disability.*

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. *Court! I want consenuation for my emotional distress, Harassment/Embarassment/made feel small/bullied me/talk down to me/ highly been disrespectful. Flat out racessm remarks/acts/& tone! I want my voice to heard! I want to also open a class-action lawsuit against Dierbergs for hurting others the way. The way they hurt me!*

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___28th___ day of ___April_____ 20 _21_.

Signature of Plaintiff _____

8